UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
KOREE D. BOYD,

                Plaintiff,                      04-cv-2128
                                                              (SJF)(ETB)

    -against-                                        **ORDER**

OFFICER JOHN DOE #1, OFFICER JOHN
DOE #2, OFFICER JOHN DOE #3, OFFICER
JOHN DOE #4, and COUNTY OF SUFFOLK,

                Defendants.
----------------------------------------------------X
FEUERSTEIN, J.

    *Pro se* plaintiff Koree D. Boyd ("Plaintiff" or "Boyd") filed this action against four John Doe officers and the County of Suffolk, alleging abuse during his April 7, 2004 incarceration at the Suffolk County Correctional Center. On August 4, 2005, United States Magistrate Judge E. Thomas Boyle issued a Report and Recommendation (the "Report") recommending that the action be dismissed because (1) Plaintiff failed to appear at numerous court conferences, (2) Plaintiff failed to prosecute the action, and (3) notwithstanding a court order directing the parties to complete discovery by May 15, 2005, Plaintiff has failed to identify any tortfeasors whose unlawful act could serve as a predicate for municipal liability under § 1983. No objections to the Report have been filed. For the reasons stated below, the Court adopts Magistrate Judge Boyle's Report in its entirety.

    Rule 72 of the Federal Rules of Civil Procedure permits magistrate judges to conduct proceedings on dispositive pretrial matters without the consent of the parties. Fed. R. Civ. P. 72(b). The district judge is not required to review the factual or legal conclusions of the

magistrate judge as to which no objections are taken. Townsend v. Strack, No. 98-5338, 2002 WL 32096572, at*1 (E.D.N.Y. May 7, 2002). To accept the report and recommendation of a magistrate judge to which no timely objection has been made, the district judge need only be satisfied that there is no clear error on the face of the record. Fed. R. Civ. P. 72(b); In re Health Management Systems, Inc. Securities Litigation, 82 F. Supp. 2d 227, 230 (S.D.N.Y. 2000); Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Whether or not proper objections have been filed, the district judge may, after review, accept, reject, or modify any of the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Neither party has filed any objections to Magistrate Judge Boyle's Report. Upon review, the Court is satisfied that the Report is not facially erroneous. Accordingly, the Court affirms and adopts Magistrate Judge Boyle's Report as an Order of the Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

/s/

Sandra J. Feuerstein
United States District Judge
Dated: September 27, 2005
Central Islip, New York